AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

__**Eastern**__ District of __**California**__

| | |
|---|---|
| RACHEL ESCUTIA, | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| COMMISSIONER OF SOCIAL SECURITY | CASE NUMBER: 1:10-at-00186 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X GRANTED.

    X The clerk is directed to file the complaint.

    X IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this __16th__ day of __March__, __2010__.

/s/ Gary S. Austin
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer