**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Rachel Escutia

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ESCUTIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OR SOCIAL ) <br> SECURITY ) <br> ) <br> Defendant. ) <br> _____) | 1:10-cv-00477-LJO-SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

    Plaintiff has been unable to comply with the Court's standing scheduling order and therefor requests, with the assent of Armand Roth, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court: plaintiff shall serve on defendant a confidential letter brief no later than October 15, 2010. Defendant shall have until November 20, 2010 to serve a response to the letter brief on plaintiff. In the event that the case is not remanded, plaintiff shall have until December 20, 2010 to file and serve an opening brief on defendant and the court. Defendant shall then have until January 20, 2011 to file and serve a responsive brief. Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: October 7, 2010        /s/ Robert Ishikawa
                                                   _____
                                                   ROBERT ISHIKAWA
                                                   Attorney for Plaintiff Rachel Escutia

/////

| | | |
|---|---|---|
| 1 | Dated: October 7, 2010 | /s/ Armand Roth, by telephonic approval |
| 2 | | Armand Roth |
| | | Special Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   October 12, 2010**             /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE