1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail: Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                              **FRESNO DIVISION**

13

14 RACHEL ESCUTIA,                    )
                                      )  CIVIL NO. 1:10-CV-00477-LJO-SMS
15      Plaintiff,                    )
                                      )
16      v.                            )  STIPULATION AND ORDER TO EXTEND
                                      )  TIME TO RESPOND TO PLAINTIFF'S
17 MICHAEL J. ASTRUE,                 )  OPENING BRIEF
   Commissioner of                    )
18 Social Security,                   )
                                      )
19      Defendant.                    )
   _____)

20

21

22      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

23 of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to

24 Plaintiff's opening brief, to allow for Defendant's further review of the case in light of the arguments for

25 remand presented in Plaintiff's brief.  The new due date for Defendant's responsive brief will be

26 February 23, 2011, and the Court's Scheduling Order shall be modified accordingly.

27 //

28 //

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 31, 2011 | */s/ Thomas V. Miles*  for |
|   | (As authorized via e-mail) |
|   | ROBERT ISHIKAWA |
|   | Attorney for Plaintiff |
|   |   |
| Dated: January 31, 2011 | BENJAMIN B. WAGNER |
|   | United States Attorney |
|   |   |
|   | */s/ Brenda M. Pullin* |
|   | BRENDA M. PULLIN |
|   | Special Assistant U.S. Attorney |

IT IS SO ORDERED:

Dated:   February 1, 2011            /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE